Thomas Johnston, an Infant, etc., Respondent, v. E. J. McLaughlin Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

George E. Loeffler and Henry Scheibel, as Executors, etc., of George Loeffler, Deceased, Appellants, v. Henry Loeffler, Respondent.— Judgment affirmed, with costs. No opinion. Burr, Carr, Rich, Stapleton and Putnam, JJ., concurred.

Mascha Posin, Appellant, v. Williamsburgh Savings Bank, Defendant, and Frank V. Kelly, Public Administrator, etc., Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Meyer Hoskowitz, alias Mayer Oskowitz, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Preston C. Sherman, Appellant, v. William C. Swift, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

William F. Waldron, Appellant, v. Catherine Sullivan and Others, Respondents. (Action No. 1.) — Judgment affirmed, with costs to the respondents, including the guardian ad litem for the infant Teresa. No opinion. Burr, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., taking no part.

William F. Waldron, Appellant, v. Catherine Sullivan and Others, Respondents. (Action No. 2.) — Judgment affirmed, with costs to the respondents, including the guardian ad litem for the infant Teresa. No opinion. Burr, Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., taking no part.

Albert H. Washburn and Others, Transacting Business under the Firm Name and Style of Comstock & Washburn, Appellants, v. William Salmon, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Segschneider* v. *Waring Hat Manufacturing Co.* (134 App. Div. 217). Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Charles J. Weibert, Appellant, v. Herbert W. Hanan, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Herbert W. Cramp, Respondent, v. Chester A. Dady and Others, Appellants, Respondents.— On two days' notice to their opponent, let the counsel for the parties prevailing upon the appeal submit a memorandum of what findings of the trial court should be disapproved or modified in accord with the opinion handed down by this court (See 162 App. Div. 321), and also such findings, if any, which they think should be made in accord with such opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Charles B. Acheson, Respondent, v. Illinois Surety Company, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich JJ., concurred.